IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| UNITED STATES OF AMERICA | ) | CR NO.: 8:25cr423 |
|---|---|---|
| | ) | |
| | ) | 18 U.S.C. § 7 |
| vs. | ) | 18 U.S.C. § 1111 |
| | ) | |
| | ) | |
| **CORDERIUS JOHNSON** | ) | INFORMATION |

COUNT 1
*(Second Degree Murder)*

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 4, 2024, in the District of South Carolina, the Defendant, **CORDERIUS JOHNSON**, at the Federal Correctional Institution in Edgefield, South Carolina, a place within the territorial jurisdiction of the United States, with malice aforethought did unlawfully kill Joseph Hamilton;

In violation of Title 18, United States Code, Sections 7(c) and 1111.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov

1